# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2026
Lyle W. Cayce
Clerk

———————

No. 25-40401

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

NELLY ARIZBETH SANCHEZ-TORRES,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:24-CR-582-1

_____

Before WIENER, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:[*]

Nelly Sanchez-Torres appeals the denial of her motion to suppress. Having carefully considered the record, the parties' briefs, the controlling authorities, and oral argument, the judgment is AFFIRMED, essentially for the reasons stated by the district court. *See* 5TH CIR. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.